IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES GARCIA, ) | 1:05cv1169 OWW DLB |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On September 15, 2005, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On September 16, 2005, the Court issued a Scheduling Order, which instructed Plaintiff to serve the summons and complaint within twenty (20) days of filing the complaint. To date, Plaintiff has not done so.

Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be dismissed for failure to comply with the September 16, 2005, Scheduling Order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Plaintiff desires more time to file her brief, she should so state in her response.

Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated: April 25, 2006 /s/ Dennis L. Beck
3b142a                                   UNITED STATES MAGISTRATE JUDGE