IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JO ANNE BARNHART, Commissioner,<br><br>            Defendant. | 1:05cv1169 OWW DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING ACTION<br><br>(Document 6) |

On September 15, 2005, Plaintiff filed the present action in this Court seeking review of the Commissioner's denial of her application for benefits. On April 25, 2006, the Court issued an Order to Show cause why the action should not be dismissed for Plaintiff's failure to comply with the Court's September 16, 2005, Scheduling Order.

On May 9, 2006, Plaintiff filed a request to dismiss the action in its entirety. Plaintiff's request is GRANTED. This action is DISMISSED.

IT IS SO ORDERED.

**Dated:   May 18, 2006**            /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE

1